# Exhibit D



JUSTICE ERICSON LINDELL, ESQ.
O: 763-285-4684
C: 651-308-7428
JUSTICE@GREENSTEINSELLERS.COM

**VIA E-MAIL & US MAIL**

May 9, 2024

Stephen P. Laitinen, Esq.
Larson King, LLP
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
slaitinen@larsonking.com

Re:   Bro-Tex Inc.
      Date of Loss: 05/11/2022
      Location: 800 and 800R Hampden Avenue, St Paul, Ramsey, MN 55114
      Policy No.: ▇▇▇921 - Certain Underwriters at Lloyd's, London
      Policy No.: ▇▇▇036 - Indian Harbor Insurance Company
      Policy No.: ▇▇▇019 - Lexington Insurance Company
      Policy No.: ▇▇▇634 - QBE Specialty Insurance Company
      Policy No.: ▇▇▇477 – Steadfast Insurance Company
      Policy No.: ▇▇▇615 - United Specialty Insurance Company
      Policy No.: ▇▇▇1-02 - General Security Indemnity Company of Arizona
      Policy No.: ▇▇▇970 - HDI Global Specialty SE
      Policy No.: ▇▇▇865 - Old Republic Union Insurance Company
      Policy No.: ▇▇▇628 – Geo Vera Specialty Insurance Company
      Policy No.: ▇▇▇106-Transverse Specialty Company

Dear Counsel:

We represent Bro-Tex Inc. (the "Insured") in connection with its claim under the policies issued by the insurers described above (the "Insurers").

The Insured disagrees with the Insurers' position regarding the scope and amount of the loss and, accordingly, demands arbitration of the same. The Insured's arbitrator is named below:

George W. Keys, Jr., SPPA
Keys Claims Consultants, LLC
Bayfront Professional Center
1333 3rd Ave. South, Suite 407
Naples, FL 34102
(239) 774-5040
georgekeys@keysclaims.com



Please have the Insurers' selected arbitrator contact our arbitrator directly and immediately so that the two can select an umpire as soon as possible. We require a response within thirty (30) days of the date of this letter. All rights at law and equity are expressly reserved.

Very truly yours,

**GREENSTEIN SELLERS, PLLC**

Justice Ericson Lindell
Attorney at Law
cc:     Client (*via email*)

4877-3442-4508, v. 1