| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |

Bro-Tex, Inc.,

      Plaintiff,

  v.

Certain Underwriters at Lloyd's, London;
Indian Harbor Insurance Company;
Steadfast Insurance Company;
United Specialty Insurance Company;
Lexington Insurance Company;
General Security Indemnity Company
of Arizona; QBE Specialty Insurance
Company; Old Republic Union Insurance
Company; Geo Vera Specialty Insurance
Company; Transverse Specialty Company;
and HDI Global Specialty SE,

      Defendants.

Court File No.: 62-CV-24-2953
Judge: Hon. Edward Sheu

**NOTICE OF FILING
NOTICE OF REMOVAL**

TO:  CLERK OF COURT, Ramsey County Court Administration, 15 West Kellogg Boulevard Room 170, St. Paul, Minnesota 55102; and Plaintiff BRO-TEX, INC., and its attorneys, Justice Ericson Lindell, Jamie A. Sonsteby, GREENSTEIN SELLERS PLLC, 825 Nicollet Mall, Suite 1648, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that on the 28th day of May, 2024, Defendants Certain Underwriters at Lloyd's, London and HDI Global Specialty SE filed a Notice of Removal in the above-entitled action in the United States District Court for the District of Minnesota. A true copy of the Notice of Removal is attached and is filed with the Court in accordance with 28 U.S.C. § 1446.

| | |
|---|---|
| Date: <u>May 28, 2024.</u> | **LARSON • KING, LLP** |
| | ***/s/ Stephen P. Laitinen*** |
| | Stephen P. Laitinen (#0239446) |
| | Samuel H.J. Schultz (#0402022) |
| | 30 East Seventh Street, Ste. 2800 |
| | Saint Paul, MN  55101-4922 |
| | (651) 312-6517 | Fax: (651) 312-6618 |
| | slaitinen@larsonking.com. |
| | sschultz@larsonking.com. |

*Attorneys for Removing Defendants, Certain Underwriters at Lloyd's London, severally subscribing to Certificate No. AMR-67921-02 and HDI Global Specialty SE, under Account Policy: 881486, and Defendants Indian Harbor Insurance Company, Steadfast Insurance Company, United Specialty Insurance Company, Lexington Insurance Company, General Security Indemnity Company of Arizona, QBE Specialty Insurance Company, Old Republic Union Insurance Company, Geo Vera Specialty Insurance Company, Transverse Specialty Company*

LK#4879-3968-1473v.1