# **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2024, I caused to be served the following documents:

1. Notice of Filing Notice of Removal;
2. Notice of Removal (w/exhibits A-D);
3. Civil Cover Sheet; and
4. Rule 7.1 Corporate Disclosure Statements.

upon the below named counsel by email and U.S. Mail addressed as follows:

Justice Ericson Lindell
Jamie A. Sonsteby
GREENSTEIN SELLERS PLLC
825 Nicollet Mall, Suite 1648
Minneapolis, MN  55402
justice@greensteinsellers.com
JSonsteby@greensteinsellers.com

*Counsel for Plaintiff*

                                             *s/ Stephen P. Laitinen*
                                             STEPHEN P. LAITINEN